| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)*                                   Chapter   11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's name | 1840 North Ave., Corp. |
|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-8209501 |
| 4. | Debtor's address | **Principal place of business**  1840 W. North Ave.  Chicago, IL 60622  Number, Street, City, State & ZIP Code  Cook  County | **Mailing address, if different from principal place of business**  433 W. Van Buren  11th Floor, Suite D  Chicago, IL 60607  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: |

Debtor  **1840 North Ave., Corp.**                             Case number (*if known*) _____
         <sub>Name</sub>

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No. ☐ Yes. |
|---|---|---|

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor  **1840 North Ave., Corp.**                                    Case number (*if known*) _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Etta Scottsdale, LLC** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **Delaware**   When **1/18/24** | Case number, if known | **24-10063** |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative Information

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **1840 North Ave., Corp.**                                    Case number (*if known*)
          Name

| 16. Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor   **1840 North Ave., Corp.**                                    Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 1, 2024**
              MM / DD / YYYY

_Signature of authorized representative of debtor_          **David Pisor**
                                                            Printed name

Title   **President**

**18. Signature of attorney**

X   **/s/ Maria Aprile Sawczuk**                  Date   **February 1, 2024**
    Signature of attorney for debtor                     MM / DD / YYYY

**Maria Aprile Sawczuk**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**501 Silverside Road**
**Suite 65**
**Wilmington, DE 19809**
Number, Street, City, State & ZIP Code

Contact phone   **302-444-6710**       Email address   **marias@goldmclaw.com**

**3320 DE**
Bar number and State

# RESOLUTION
## of
## 1840 North Ave. Corp.
## (an Illinois Corporation)

### Effective as of February 1, 2024

WHEREAS, the undersigned, being the President of 1840 North Ave. Corp. (the "*Company*"), has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, and adopts the following resolutions:

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the President, it is desirable and in the best interest of the Company, its creditors, shareholders, and other interested parties to file a petition (the "*Petition*") seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), Subchapter V, in the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*");

RESOLVED FURTHER, that David Pisor (the "*Authorized Representative*") is hereby authorized and directed, on behalf of the Company, to execute the Petition and/or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Representative considers appropriate;

RESOLVED FURTHER, that the Authorized Representative shall be, and hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute, verify, and cause to be filed such requests for relief from the Bankruptcy Court as the Authorized Representative may deem necessary, proper, or desirable in connection with the Petition, including any supporting declarations;

RESOLVED FURTHER, that the Authorized Representative is authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that it deems necessary or proper to obtain appropriate relief for the Company, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the law firm of Goldstein & McClintock LLLP shall be, and hereby is, employed as general bankruptcy counsel for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Representative, and any employees or agents (including counsel) designated by or directed by such Authorized Representative, shall be, and each hereby is, authorized and empowered to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions as, in the judgment of such Authorized Representative, shall be necessary, proper, and desirable (i) to prosecute to a successful completion the Company's chapter 11 case, (ii) to effectuate the restructuring of the Company's debt and other obligations,

organizational form and structure, and ownership of the Company and its assets, consistent with the foregoing resolutions, and (iii) to carry out and put into effect the purposes of and the transactions contemplated by the foregoing resolutions; and

RESOLVED FURTHER, that all actions heretofore taken by the Authorized Representative or of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned has executed this action by written consent as of the date first written above.

**David Pisor, not individually, but solely in his capacity as President of 1840 North Ave. Corp.**

David Pisor

2

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **1840 North Ave., Corp.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Cook County Liquor Commission** 118 N. Clark Street Suite 1160 Chicago, IL 60602 | ccliquorcommission@cookcountyil.gov | | | | | **$0.00** |
| **Firoz I, LLC** Series 1840-42 W North Ave. Building 2064 Tennyson Lane Highland Park, IL 60035 | vp@berglaw.co | | | | | **$38,800.00** |
| **Lending Club Bank N.A.** 2701 N. Thanksgiving Way Suite 300 Lehi, UT 84043 | lrowland@starfieldsmith.com | | | $1,300,000.00 | Unknown | Unknown |

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **David Pisor** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

|  |  | **Unsecured claim** |
|---|---|---|
| **1** **Cook County Liquor Commission** **118 N. Clark Street** **Suite 1160** **Chicago, IL 60602** | **What is the nature of the claim?** | $0.00 |
| | **As of the date you file, the claim is:** Check all that apply | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| | ■ None of the above apply | |
| ccliquorcommission@cookcountyil.gov | **Does the creditor have a lien on your property?** | |
| Contact | ■ No | |
| | ☐ Yes. Total claim (secured and unsecured) | |
| Contact phone | Value of security: | - |
| | Unsecured claim | |
| **2** **Firoz I, LLC** **Series 1840-42 W North Ave. Building** **2064 Tennyson Lane** **Highland Park, IL 60035** | **What is the nature of the claim?** | $38,800.00 |
| | **As of the date you file, the claim is:** Check all that apply | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| | ■ None of the above apply | |
| vp@berglaw.co | **Does the creditor have a lien on your property?** | |
| Contact | ■ No | |
| | ☐ Yes. Total claim (secured and unsecured) | |

| Debtor 1 | **1840 North Ave., Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Contact phone | Value of security: | - |
| | | Unsecured claim | |

| 3 | **Lending Club Bank N.A.**<br>**2701 N. Thanksgiving Way**<br>**Suite 300**<br>**Lehi, UT 84043** | What is the nature of the claim? | Unknown |

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

lrowland@starfieldsmith.com
Contact

☐ No
■ Yes. Total claim (secured and unsecured) **$1,300,000.00**
Value of security: - **Unknown**
Unsecured claim **Unknown**

Contact phone

### Part 2:    Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ David Pisor**                                       X  _____
   **David Pisor**                                               Signature of Debtor 2
   Signature of Debtor 1

Date  **February 1, 2024**                          Date  _____

1840 NORTH AVE., CORP.
433 W. VAN BUREN
11TH FLOOR, SUITE D
CHICAGO, IL 60607

MARIA APRILE SAWCZUK
GOLDSTEIN & MCCLINTOCK LLLP
111 W WASHINGTON STREET
SUITE 1221
CHICAGO, IL 60602

COOK COUNTY LIQUOR COMMISSION
118 N. CLARK STREET
SUITE 1160
CHICAGO, IL 60602

FIROZ I, LLC
SERIES 1840-42 W NORTH AVE. BUILDING
2064 TENNYSON LANE
HIGHLAND PARK, IL 60035

LENDING CLUB BANK N.A.
2701 N. THANKSGIVING WAY
SUITE 300
LEHI, UT 84043

LYNDSAY E. ROWLAND
STARFIELD & SMITH, P.C.
1300 VIRGINIA DRIVE
SUITE 325
FORT WASHINGTON, PA 19034

VERA PANDEV
BERG, BERG & PANDEV P.C.
5215 OLD ORCHARD ROAD
SUITE 220
SKOKIE, IL 60077

# United States Bankruptcy Court
### District of Delaware

In re   **1840 North Ave., Corp.**                                    Case No.
                                    Debtor(s)                         Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **1840 North Ave., Corp.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Etta Collective LLC
1941 W Dickens Ave
Chicago, IL 60614-3934**

☐ None [*Check if applicable*]

| | |
|---|---|
| **February 1, 2024** | **/s/ Maria Aprile Sawczuk** |
| Date | **Maria Aprile Sawczuk** |
| | Signature of Attorney or Litigant |
| | Counsel for   **1840 North Ave., Corp.** |
| | **Goldstein & McClintock LLLP** |
| | **501 Silverside Road** |
| | **Suite 65** |
| | **Wilmington, DE 19809** |
| | **302-444-6710 Fax:302-444-6709** |
| | **marias@goldmclaw.com** |